Form B1 (Official Form 1) - (Rev. 10/05)                                                    2005 USBC, Central District of California

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Patrick W. Moller | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): 5250 | Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>23822 Valley Oak Court<br>Santa Clarita, California ZIP CODE 91321 | Street Address of Joint Debtor (No. & Street, City, and State):<br><br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br><br>ZIP CODE | |

| Type of Debtor (Form of Organization)<br>Check one box | Nature of Business<br>(Check all applicable boxes) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| [x] Individual (includes Joint Debtors)<br>[ ] Corporation (includes LLC and LLP)<br>[ ] Partnership<br>[ ] Other (If debtor is not one of the above entities, check this box and provide the information requested below.)<br><br>State type of entity: _____ | [ ] Health Care Business<br>[ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>[ ] Railroad<br>[ ] Stockbroker<br>[ ] Commodity Broker<br>[ ] Clearing Bank<br>[ ] Nonprofit Organization qualified under 15 U.S.C. § 501(c)(3) | [ ] Chapter 7  [x] Chapter 11  [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>[ ] Chapter 9  [ ] Chapter 12  [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>[ ] Chapter 13<br><br>**Nature of Debts** (Check one box)<br>[ ] Consumer/Non-Business  [x] Business |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| [x] Full Filing Fee attached<br><br>[ ] Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>[ ] Filing Fee waiver requested (Application to Chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>[ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>[x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check if:<br>[ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million. |

| Statistical/Administrative Information | THIS SPACE FOR COURT USE ONLY |
|---|---|
| [x] Debtor estimates that funds will be available for distribution to unsecured creditors.<br>[ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,000 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

**Estimated Debts**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,000 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] |

CCD-B1

Form B1 (Official Form 1) (Rev. 10/05)                                          2005 USBC, Central District of California

| **Voluntary Petition** | Name of Debtor(s): | FORM B1, Page 2 |
|---|---|---|
| *(This page must be completed and filed in every case)* | Patrick W. Moller | |

| **Prior Bankruptcy Case Filed Within Last 8 Years (If more than one, attach additional sheet)** | | |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)** | | |
|---|---|---|
| Name of Debtor:<br>United Finishing & laminating/Litho Werk | Case Number: | Date Filed:<br>to be filed |
| District:<br>Central of California - SFV | Relationship:<br>affiliate | Judge: |

<table>
<tr>
<td><b>Exhibit A</b><br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition.</td>
<td><b>Exhibit B</b><br><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.<br>I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br>X _____<br>    Signature of Attorney for Debtor(s)     Date</td>
</tr>
<tr>
<td><b>Exhibit C</b><br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☒ No</td>
<td><b>Certification Concerning Debt Counseling<br>by Individual/Joint Debtor(s)</b><br>☒   I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition<br><br>☐   I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances. (Must attach certification describing.)</td>
</tr>
</table>

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|
| **Venue** (Check any applicable box) |
| ☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District. |
| ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| *Check all applicable boxes.* |
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.) |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

Form B1 (Official Form 1) (Rev. 10/05)                                      2005 USBC, Central District of California

| **Voluntary Petition** | FORM B1, Page 3 |
|---|---|
| *(This page must be completed and filed in every case)* | Name of Debtor(s):   Patrick W. Moller |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor
Patrick W. Moller
X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign main proceeding, and that I am authorized to file this petition.

(Check only one box.)

[ ]   I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

[ ]   Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the chapter of title 11 specified in this petition.  A certified copy of the order granting recognition of the foreign main proceeding, is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X _____
Signature of Attorney for Debtor(s)
Michael S. Kogan
Printed Name of Attorney for Debtor(s)
Ervin, Cohen & Jessup LLP
Firm Name
9401 Wilshire Blvd., 9th Floor
Address
Beverly Hills, CA 90212

310.273.6333
Telephone Number

_____   128500
Date                       Bar Number

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address
_____
X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11. U.S.C. §110; 18 U.S.C. §156.

## STATEMENT OF RELATED CASES
### INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

   United Finishing & Laminating, Inc., and Litho Werks, Inc. to be filed herewith

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Santa Clarita , California.

Dated _____

_____
Debtor
Patrick W. Moller

_____
Joint Debtor

B201 - Notice of Available Chapters (Rev. 10/05)                                2004 USBC, Central District of California

Michael S. Kogan
Name: Ervin, Cohen & Jessup LLP
        9401 Wilshire Blvd., 9th Floor
Address: Beverly Hills, CA 90212


Telephone: 310.273.6333      Fax: 310.859.2325

☐ Attorney for Debtor
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names, used by Debtor(s) within last 8 years: Patrick W. Moller | Case No.: |
| | **NOTICE OF AVAILABLE CHAPTERS** (Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code) |

In accordance with § 342(b) of the Bankruptcy Code, this notice: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case. You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

1.  **Services Available from Credit Counseling Agencies**

    **With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis. The briefing must be given within 180 days before the bankruptcy filing.** The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.

    **In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.

2.  **The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors**

    **Chapter 7:** Liquidation ($220 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $274)

    1.  Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

2. Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

3. The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

4. Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($150 filing fee, $39 administrative fee: Total fee $189)**

1. Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

2. Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

3. After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  **Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials**

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

B201 - Notice of Available Chapters (Rev. 10/05)                    2004 USBC, Central District of California

## Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor this notice required by § 342(b) of the Bankruptcy Code.

_____     _____

Printed Name and title, if any, of Bankruptcy Petition Preparer     Social Security number (If the bankruptcy petition
Address:                                                             preparer is not an individual, state the Social Security
                                                                     number of the officer, principal, responsible person, or
_____                         partner of the bankruptcy petition preparer.) (Required
                                                                     by 11 U.S.C. § 110.)

X_____
Signature of Bankruptcy Petition Preparer or officer,
principal, responsible person, or partner whose Social
Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read this notice.

*Patrick W. Moller*                                   X _____   4/14/06
Printed Name(s) of Debtor(s)                          Signature of Debtor                 Date

Case No. (if known) _____             X _____
                                                      Signature of Joint Debtor (if any)          Date

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA**

In re: Patrick W. Moller,

           Debtor

Case No. _____

Chapter 11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
|---|---|---|---|---|---|
| | | | ASSETS | LIABILITIES | OTHER |
| A — Real Property | Y | | $800,000 | | |
| B — Personal Property | Y | | $761,200 | | |
| C — Property Claimed as Exempt | Y | | | | |
| D — Creditors Holding Secured Claims | Y | | | $737,114 | |
| E — Creditors Holding Unsecured Priority Claims | Y | | | $46,349 | |
| F — Creditors Holding Unsecured Nonpriority Claims | Y | | | $1,353,594 | |
| G — Executory Contracts and Unexpired Leases | Y | | | | |
| H — Codebtors | Y | | | | |
| I — Current Income of Individual Debtor(s) | Y | | | | $7,844 |
| J — Current Expenditures of Individual Debtor(s) | Y | | | | $7,910 |
| Total Number of Sheets of All Schedules ▶ | | | | | |
| Total Assets | | | $1,561,200 | | |
| Total Liabilities | | | | $2,137,057 | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re: Patrick W. Moller,
          Debtor

Case No. _____

Chapter 11_____

# SCHEDULE A — REAL PROPERTY

    Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

    **Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G — Executory Contracts and Unexpired Leases.**

    If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

    If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C — Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| 23822 Valley Oak Court Newhall, CA 91321 | Residence | H | 800,000 | 690,000 |

TOTAL ►     **$800,000**

(Report also on Summary of Schedules.)

In re:  Patrick W. Moller,                                      Case No. _____
            Debtor                                                    (If Known)

# SCHEDULE B — PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None."  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C — Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G — Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."  In providing the information requested in this Schedule, do not include the name or address of a minor child. Simply state "a minor child."

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.    Cash on hand | | In Possession | | 200.00 |
| 2.    Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loans, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking:  City National Bank, Glendale, CA 91203 (#430-411004) | | 500.00 |
| 3.    Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.    Household goods and furnishings, including audio, video, and computer equipment. | | Household goods and furnishings | | 4,000.00 |
| 5.    Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.    Wearing apparel. | | Clothing | | 2,000.00 |
| 7.    Furs and jewelry. | X | | | |
| 8.    Firearms and sports, photographic, and other hobby equipment. | | Camera, hobby equipment | | 500.00 |
| 9.    Interests in insurance polices.   Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities.    Itemize and name each issuer. | X | | | |
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified state tuition plan as defined in 26 U.S.C. § 529(b)(1).  Give particulars.  (File separately the record(s) of any such interest(s).    11 U.S.C. §521(c); Rule 1007(b)). | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Dean Witter (IRA) | | 0.00 |

In re: Patrick W. Moller,

               Debtor

Case No. _____

(If Known)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | United Finishing & Laminating, Inc. Litho Werks, Inc. Two Elizabeths, Inc. JIMAPA, Inc. | | unknown – corporations in bankruptcy or not operating |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16.  Accounts receivable. | | Note due from United Laminating | | 750,000 |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22.  Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23.  Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24.  Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. §101 (41A) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25.  Automobiles, trucks, trailers, and other vehicles and accessories. | | 95 Infiniti Q45 | | 4,000.00 |

In re: Patrick W. Moller,                                      Case No. _____
                    Debtor                                                        (If Known)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 26.  Boats, motors, and accessories. | X | | | |
| 27.  Aircraft and accessories. | X | | | |
| 28.  Office equipment, furnishings, and supplies. | X | | | |
| 29.  Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested.  Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed.  Itemize. | X | | | |

_____ continuation sheets attached        Total  ▶        $761,200

(Includes amounts from any continuation
sheets attached.  Report total also on
Summary of Schedules.)

In re: Patrick W. Moller,          Case No. _____
          Debtor                                                          (If Known)

# SCHEDULE C— PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

(Check one box)

☐ 11 U.S.C. § 522(b)(1):    Exemptions provided in 11 U.S.C. § 522(d). Note:  These exemptions are available only in certain states.

☐ 11 U.S.C. § 522(b)(2):    Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| Personal residence | 704.710 | 75,000.00 | $800,000.00 |
| Household goods | 704.020 | 2,000.00 | 2,000.00 |
| Household furnishings | 704.020 | 2,000.00 | 2,000.00 |
| Camera, hobby equipment | 704.020 | 500.00 | 500.00 |
| Auto | 704.010 | 4,000.00 | 4,000.00 |
| Clothing | 704.020 | 2,000.00 | 2,000.00 |

In re: Patrick W. Moller,                                         Case No. _____
                        Debtor                                              (If Known)

# SCHEDULE D — CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition.  List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.  List creditors in alphabetical order to the extent practicable.  If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors.  If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."  If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed."  (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule.  Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1205042872<br><br>WELLS FARGO HOME MORTGAGE<br>3476 STATEVIEW BOULEVARD<br>MAC X 7801-03K<br>FORT MILL, SC 29715 | | H | 06/04 FIRST MORTGAGE<br>PERSONAL REJSIDENCE<br><br><br>VALUE $ 800,000.00 | | | | 590,000.00 | |
| ACCOUNT NO. NONE<br><br>MARY TODHUNTER<br>C/O STEVEN BLUNT<br>131 N. EL MOLINO AVE, STE. 310<br>PASADENA, CA  91101 | | | 01/200<br>SPOUSAL SUPPORT<br>SETTLEMENT AGREEMENT<br><br>VALUE $ 800,000.00 | X | X | X | Unknown<br>(estimated<br>100,000) | |
| ACCOUNT NO.<br><br>INTERNAL REVENUE SERVICE<br>INSOLVENCY I STOP 5022<br>300 NORTH LOS ANGELES STREET, ROOM 4062<br>LOS ANGELES, CA 90012 | | | 01/2002<br>1997 TAX YEAR AND PENALTIES<br><br>VALUE $800,000.00 | | | | 41,641.84 | |
| ACCOUNT NO<br><br>OAKS AS NEWHALL HOA<br>P. O. BOX 55099<br>VALENCIA, CA  91385 | | | 2200.00<br>HOMEOWNERS ASSOCIATION FEES<br><br>VALUE $800,000.00 | | | | 765.27 | |

In re:  Patrick W. Moller,                                                    Case No. _____
                        Debtor                                                        (If Known)

| ACCOUNT NO | | 2003-4 | 4,708.62 |
|---|---|---|---|
| FRANCHISE TAX BOARD<br>ATTENTION: BANKRUPTCY<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | | 1997 TAX YEAR<br><br><br>VALUE $ 800,000.00 | |

| | Subtotal ▶<br>(Total of this page) | $ |
|---|---|---|
| | Total ▶<br>(Use only on last page) | $737,114 |

**(Report total also on Summary of Schedules)**

In re: Patrick W. Moller,                      Case No. _____
               Debtor                                                   (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name and mailing address, including zip code, and account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)**

☐   **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐   **Wages, salaries and commissions**
Wages, salaries and commissions, including vacation, severance, and sick leave pay owing to employees, and commissions owing to qualifying independent sales representatives up to $4,650* per person, earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐   **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐   **Certain farmers and fisherman**
Claims of certain farmers and fishermen, up to $4,650* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐   **Deposits by Individuals**
Claims of individuals up to $2,100* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐   **Alimony, Maintenance and Support**
Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐   **Taxes and Certain other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐   **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. §507(a)(9).

---

    \* Amounts are subject to adjustment on April 1, 2004, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re: Patrick W. Moller,                                    Case No. _____
        Debtor                                                (If Known)

# SCHEDULE E — CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

TYPE OF PRIORITY
_____

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORIRY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 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<br>INTERNAL REVENUE SERVICE<br>INSOLVENCY I STOP 5022<br>300 NORTH LOS ANGELES STREET, ROOM 4062<br>LOS ANGELES, CA 90012 | | | 01/2002<br>1997 TAX YEAR AND PENALTIES | | | | 41,641.84 | |
| ACCOUNT NO.<br>FRANCHISE TAX BOARD<br>ATTENTION: BANKRUPTCY<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952 | | | 2003-04<br>1997 TAX YEAR | | | | 4,708.62 | |
| ACCOUNT NO | | | | | | | | |
| ACCOUNT NO | | | | | | | | |

Sheet no. _____ of _____ sheets attached to Schedule of Creditors
Holding Priority Claims

Subtotal ▶
(Total of this page)    $

Total ▶
(Use only on last page of the completed Schedule E)    $46,349

**(Report total also on Summary of Schedules)**

IDOCS:12502.1:524753.1

In re: Patrick W. Moller,

           Debtor

Case No. _____
                            (If Known)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and account number, if any, of all entities holding claims unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H—Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding unsecured non-priority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>AMERICAN EXPRESS<br>P.O. BOX 297804<br>FT. LAUDERDALE, FL 33329-7804 | | | 2005<br>CREDIT CARD | | | | 12496.53 |
| ACCOUNT NO. 4264-2931-1380 9663<br>MBNA<br>P.O. BOX 15026<br>WILMINGTON, DE 19850-5026 | | | 2004-05<br>CREDIT CARD | | | | 7406.05 |
| ACCOUNT NO. 5458 0001 9195 4078<br>DIRECT MERCHANTS BANK<br>P.O. BOX 21550<br>TULSA, OK 74121-1550 | | | 2004-05<br>CREDIT CARD | | | | 3841.25 |
| ACCOUNT NO. 86-0280-2855<br>ROBINSONS-MAY<br>P.O. BOX 8015<br>LORAIN, OH 44055-8015 | | | 2005<br>CREDIT CARD | | | | 400.00 |

Sheet no. ___ of ____ sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$24,143

(Report total also on Summary of Schedules)

In re: Patrick W. Moller,

            Debtor

Case No. _____
                   (If Known)

# SCHEDULE F — CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 269 996 949<br>VICTORIA'S SECRET<br>P.O. BOX 496 949<br>COLUMBUS, OH 43215 | | | 2005<br>CREDIT CARD | | X | | 200.00 |
| ACCOUNT NO. 5491 0403 2911 7650<br>CHASE<br>P.O. BOX 15298<br>WILMINGTON, DE 19850 | | | UNITED FINISHING | X | | | 12,756.00 |
| ACCOUNT NO.<br>COMMERCIAL GROUP<br>C/O CAROL. HAMILTON<br>317 S. BRAND BLVD.<br>GLENDALE, CA 91204 | | | LITHOWERKS<br>COLLECTION MATTER | X | X | X | 4,545.01 |
| ACCOUNT NO. | | | | | | | |

Sheet no. ____ of ____ sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▶
(Total of this page)

$17,501

(Report total also on Summary of Schedules)

In re: Patrick W. Moller,
              Debtor

Case No. _____
                         (If Known)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT | DATE CLAIM WAS INCURRED, AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 6302979-001<br>GE CAPITAL<br>SMALL BUSINESS FINANCE<br>C/O MARSHALL GOLDBERG<br>21700 OXNARD STREET, STE 430<br>WOODLAND HILLS, CA 91367 | | H | PERSONAL<br>GUARANTOR OF EQUIPMENT LOAN<br>(UNITED FINISHING) | X | X | X | For information |
| ACCOUNT NO. 631<br>GE CAPITAL SMALL BUSINESS FINANCE<br>635 MARYVILLE CENTER DR., STE 120<br>ST. LOUIS, MO 63141 | | | PERSONAL<br>GUARANTOR OF EQUIPMENT LOAN<br>(UNITED FINISHING) | X | X | X | 1,090,450.00 |
| ACCOUNT NO.<br>UNITED FILM LAMINATING<br>C/O LEO HEYDORFF<br>740 SO. ORANGEGROVE BLVD.<br>UNIT 1<br>PASADENA, CA 91105 | | | SETTLEMENT OF DISPUTE PURCHASE OF UNITED FINISHING | | | | 191,500.00 |
| ACCOUNT NO. 03346<br>RONALD P. SLATES<br>523 W. 6TH<br>LOS ANGELES, CA 90014 | | H | 05/05 – 01/06<br>LEGAL FEES | X | X | X | 20,000.00 |
| ACCOUNT NO. 03346<br>J. STEVEN BINGMAN<br>2300 PELLISSIER PLACE<br>CITY OF INDUSTRY, CA 90601 | | | 01/05 – 07/05<br>LEGAL FEES | X | X | X | 10,000.00 |

Sheet no. ___ of ____ sheets attached to Schedule of
Holding Unsecured Nonpriority Claims

Subtotal ▸
(Total of this page)

$1,311,950

Total ▸
(Use only on last page of the completed Schedule E)

$1,353,594

(Report total also on Summary of Schedules)

IDOCS:12502.1:524753.1

In re: Patrick W. Moller,                                           Case No. _____
                    Debtor                                                        (If Known)

# SCHEDULE G — EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**NOTE:** A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY, STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| Infiniti Financial Services<br>P.O. Box 660366<br>Dallas, TX 75266-0366 | Car Lease<br>2005 FX 45<br>Infiniti |

In re: Patrick W. Moller,

        Debtor

Case No. _____

              (If Known)

# SCHEDULE H — CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| United Finishing & Laminating, Inc. | 3401 Pasadena Avenue<br>Los Angeles, CA 90031 |
| Litho Werks, Inc. | 3401 Pasadena Avenue<br>Los Angeles, CA 90031 |
| Two Elizabeths, Inc. | 3401 Pasadena Avenue<br>Los Angeles, CA 90031 |
| | (all on GE Capital and other business debts) |

In re: Patrick W. Moller,
          Debtor

Case No. _____
           (If Known)

# SCHEDULE I — CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | | |
|---|---|---|---|
| | NAMES | AGE | RELATIONSHIP |
| M | Bryan Abarca | 7 | Son |
| | Cinthya Calzada Abarca | 10 | Daugher |

| Employment:     DEBTOR | SPOUSE |
|---|---|
| United Finishing/Litho Werks | Matilde Moller |
| **Occupation** <br> CEO | Customer Service |
| **Name of Employer** | United Finishing |
| **How long employed** <br> 7 years | 3 years |
| **Address of Employer** <br> 3401 Pasadena Avenue <br> Los Angeles, CA  90031 | 3401 Pasadena Avenue <br> Los Angeles, CA  90031 |

| Income:  (Estimate of average monthly income) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly.) | $ | 8,000.00 | $ | 1,800.00 |
| Estimate monthly overtime............................................................................ | $ | | $ | |
| SUBTOTAL............................................................................................... | $ | 8.000.00 | $ | 1,800.00 |
| LESS PAYROLL DEDUCTIONS ................................................................. | | | | |
| a.  Payroll taxes and social security ........................................................ | | | | |
| b.  Insurance ............................................................................................ | | | | |
| c.  Union dues ......................................................................................... | | | | |
| d.  Other (Specify) .................................................................................. | | 1,600.00 | | 360.00 |
| SUBTOTAL OF PAYROLL DEDUCTIONS............................................... | $ | 6,400.00 | $ | 1,440.00 |
| TOTAL NET MONTHLY TAKE HOME PAY................................................ | $ | | $ | |
| Regular income from operation of business or profession or farm (attach detailed statement) ....................................................................................... | | 0 | | |
| Income from real property ............................................................................ | | | | |
| Interest and dividends.................................................................................. | | | | |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | | | | |
| Social security or other government assistance (Specify) ................................. | | | | |
| Pension or retirement income ....................................................................... | | | | |
| Other monthly income (Specify) .................................................................... | | | | |
| TOTAL MONTHLY INCOME.......................................................... | $ | 6,400.00 | $ | 1,440.00 |
| TOTAL COMBINED MONTHLY INCOME..........................$ _____ | | (Report also on Summary of Schedules) | | |

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the
filing of this document:

In re: Patrick W. Moller,
            Debtor

Case No. _____
                    (If Known)

# SCHEDULE J — CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

**Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.**

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse".

| | |
|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home)........................................................... $ | 4610 |
| Are real estate taxes included? ☐ Yes ☒ No      Is property insurance included? ☐ Yes ☒ No | |
| Utilities Electricity and heating fuel............................................................................................................. | |
|    Water and sewer........................................................................................................................... | 35 |
|    Telephone..................................................................................................................................... | 75 |
|    Other        Statewide ................................................................................................................ | 36 |
| Home maintenance (repairs and upkeep) ....................................................................................... | 100 |
| Food ............................................................................................................................................... | 600 |
| Clothing........................................................................................................................................... | 400 |
| Laundry and dry cleaning................................................................................................................ | 100 |
| Medical and dental expenses......................................................................................................... | 200 |
| Transportation (not including car payments) ................................................................................ | 650 |
| Recreation, clubs and entertainment, newspapers, magazines, etc............................................ | 0 |
| Charitable contributions ................................................................................................................ | 0 |
| Insurance (not deducted from wages or included in home mortgage payments) | |
|    Homeowner's or renter's............................................................................................................. | 140 |
|    Life.............................................................................................................................................. | |
|    Health......................................................................................................................................... | |
|    Auto............................................................................................................................................ | 150 |
|    Other .......................................................................................................................................... | |
| Taxes (not deducted from wages or included in home mortgage payments) | |
|    Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan) | 0 |
|    Auto    Lease .............................................................................................................................. | 814 |
|    Other .......................................................................................................................................... | |
| Alimony, maintenance, and support paid to others ....................................................................... | 0 |
| Payments for support of additional dependents not living at your home ..................................... | |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) ....................... | |
| Other | |
| TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules)................................... $ | 7,910 |

Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document. _____

## STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| A. Total projected monthly income........................................................................................... | $ | 7,840 |
| B. Total projected monthly expenses ....................................................................................... | | 7,910 |
| C. Excess income (A minus B) ................................................................................................. | $ | 0 |
| D. Total amount to be paid into plan each............................................................................... | $ | 0 |

(interval)

IDOCS:12502.1:524753.1

In re: Patrick W. Moller,                                                    Case No. _____
　　　　　　　　　　　Debtor                                                            (If Known)

(If Known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of

_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
**(Total shown on summary page plus 1.)**

Date    _____        Signature: _____
                                                                                    Debtor

Date    _____        Signature _____
                                                                            (Joint Debtor, if any)
                                                        (If joint case, both spouses must sign.)


### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION

I, the _____ of the corporation named as debtor in this case, declare under penalty of

perjury that I have read the foregoing summary and schedules, consisting of _____
                                                                                                    (Total shown on summary page plus 1.)

sheets, and that they are true and correct to the best of my knowledge, information and belief.


**Date**    _____        Signature _____


                                                                _____
                                                                **[Print or type name of individual signing on behalf of debtor.]**


[An individual signing on behalf of a corporation must indicate position or relationship to debtor.]

........................................................................................................................................


*Penalty for making a false statement or concealing property:  Fine up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. §§ 152 and 3571.*

Form 7
(9/00)

**FORM 7.  STATEMENT OF FINANCIAL AFFAIRS**

# UNITED STATES BANKRUPTCY COURT

### CENTRAL  DISTRICT OF CALIFORNIA

In re:  PATRICK W. MOLLER,                          Case No. _____
                  (Name)                                                              (if known)
                        Debtor

## STATEMENT OF FINANCIAL AFFAIRS

         This statement is to be completed by every debtor.  Spouses filing a joint petition may file a single
statement on which the information for both spouses is combined.  If the case is filed under chapter 12 or chapter 13,
a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses
are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner,
family farmer, or self-employed professional, should provide the information requested on this statement concerning
all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in
this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C.
§ 112; Fed. R. Bankr. P 1007(m).

         Questions 1 - 18 are to be completed by all debtors.  Debtors that are or have been in business, as defined
below, also must complete Questions 19 - 25.  **If the answer to an applicable question is "None," mark the box
labeled "None."**  If additional space is needed for the answer to any question, use and attach a separate sheet
properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

         *"In business."*  A debtor is "in business" for the purpose of this form if the debtor is a corporation or
partnership.  An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the
six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director,
managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner,
other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual
debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other
activity, other than as an employee, to supplement income from the debtor's primary employment.

         "Insider."  The term "insider" includes but is not limited to: relatives of the debtor; general partners of the
debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers,
directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their
relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor.  11 U.S.C. § 101.

IDOCS:12502.1:524765.1

**1.    Income from employment or operation of business**

None
☒

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE (if more than one)

2005 – (tax loss – no distributions issued)         Employment
2004 – (106,131 tax loss – no distribution of salary)
2003 -- 17,567

**2.    Income other than from employment or operation of business**

None
☒

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                                          SOURCE

**3.    Payments to creditors**

None
☐

a.    List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Wells Fargo Mortgage | 2/22/06, 3/23/06 | 12,682 | 590,000 |

b.      List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
| --- | --- | --- | --- |
| | | | |

---

**4.      Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a.      List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |
| GE Small Business v Moller, et al | default on note | BC 330699 | S.J. Judgment |
| L.A. Commercial Group v. Moller, et al. | Collection action (Litho Werks) | LA Superior (05K161999) | Pending |
| United Film v Moller, et al | default on note | LA Superior | stipulated judgment |

---

☐

b.      Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATES OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| IRS – Patrick W. Moller | March '06 | $1,200 |

**5.        Repossession, foreclosures and returns**

None
☒

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 143 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATES OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.        Assignments and receiverships**

None
☒

a.        Described any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATES OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
☒

b.        List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

IDOCS:12502.1:524765.1

**7.      Gifts**

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8.      Losses**

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case or **since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9.      Payments related to debt counseling or bankruptcy**

☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATES OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Ervin, Cohen & Jessup | January 2006 Moller/United Finishing | $15,000 |

**10.    Other transfers**

None
☒

List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

**11.    Closed financial accounts**

None
☒

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE AND NUMBER OF ACCOUNT AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12.    Safe deposit boxes**

None
☒

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAME AND ADDRESS OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13.     Setoffs**

None
☒

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.     Property held for another person**

None
☒

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.     Prior address of debtor**

None
☒

If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16.     Spouses and Former Spouses**

None
☐

If the debtor resides in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

Matilde Calzada Moller

**17.    Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☒

a.    List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☒

c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18.    Nature, location and name of business**

None
☐

a.    If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NUMBER | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Litho Werks | 95-4714391 | 3401 Pasadena Avenue, Los Angeles, CA 90031 | Printing | 12/98 – Pending bankruptcy |
| United Finishing and Laminating, Inc. | 95-4738229 | 3401 Pasadena Avenue, Los Angeles, CA 90031 | Graphic Printing | 04/99 – Pending bankruptcy |
| Two Elizabeths, Inc. | | 3401 Pasadena Avenue, Los Angeles, CA 90031 | Floral | 12/98 – Not operating |
| Jimapa, Inc. | | 3401 Pasadena Avenue, Los Angeles, CA 90031 | Pension Plan holding company | 12/98 - |

None
☐

b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by
any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this
case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the
voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole
proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has
been in business, as defined above, within the six years immediately preceding the commencement of this case. A
debtor who has not been in business within those six years should go directly to the signature page.)*

### 19.    Books, records and financial statements

None
☐
**a.**      List all bookkeepers and accountants who within the **two years** immediately preceding the
filing of this bankruptcy case kept or supervised the keeping of books of account and records of the
debtor.

NAME AND ADDRESS                              DATES SERVICES RENDERED

Terry Worsdell                                06/02 – Present
712-K-Thanga Suite D
Corona Del Mar, CA 92625

None
☒
**b.**      List all firms or individuals who within the **two years** immediately preceding the filing of
this bankruptcy case have audited the books of account and records, or prepared a financial statement
of the debtor.

NAME                        ADDRESS                DATES SERVICES RENDERED

None
☒
**c.**      List all firms or individuals who at the time of the commencement of this case were in
possession of the books of account and records of the debtor.  If any of the books of account and
records are not available, explain.

NAME                                          ADDRESS

None
☒
**d.**      List all financial institutions, creditors and other parties, including mercantile and trade
agencies, to whom a financial statement was issued within the **two years** immediately preceding the
commencement of this case by the debtor.

NAME AND ADDRESS                              DATE ISSUED

**20.      Inventories**

None
☒

a.      List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None
☒

b.      List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN |
| DATE OF INVENTORY | OF INVENTORY RECORDS |

**21.      Current Partners, Officers, Directors and Shareholders**

None
☒

a.      If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |

None
☒

b.      If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |

**22.      Former partners, officers and shareholders**

None
☒

a.      If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |

None
☒

b.    If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE                          DATE OF TERMINATION

### 23.    Withdrawals from a partnership or distributions by a corporation

None
☒

If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS OF                                  AMOUNT OF MONEY OR
RECIPIENT, RELATIONSHIP      DATE AND PURPOSE OF      DESCRIPTION AND VALUE
TO DEBTOR                    WITHDRAWAL               OF PROPERTY

### 24.    Tax Consolidation Group

None
☒

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION            TAXPAYER IDENTIFICATION NUMBER

### 25.    Pension Funds

None
☒

If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

NAME OF PENSION FUND                  TAXPAYER IDENTIFICATION NUMBER

*    *    *    *    *    *

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date _____4/14/06_____                          Signature _____
                                                          of Debtor

Date _____                  Signature _____
                                                          of Joint Debtor
                                                          (if any)

*[If completed on behalf of a partnership or corporation]*

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date _____                  Signature _____
     _____
     _____                  _____
                                                          Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)**

         I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____        _____
Printed or Typed Name of Bankruptcy Petition Preparer        Social Security No.

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

IDOCS:12502.1:524765.1

X_____          _____
  Signature of Bankruptcy Petition Preparer                  Date

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  18 U.S.C. § 156.*

B 203
(12/94)

OFFICIAL

# United States Bankruptcy Court

_____ CENTRAL ___ District Of CALIFORNIA _____

In re PATRICK W. MOLLER

Case No. _____

**Debtor**                                      Chapter  11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ................................... | $ | 15,000 |
| Prior to the filing of this statement I have received ............................ | $ | 15,000 |
| Balance Due ......................................................... | $ | |

2.  The source of the compensation paid to me was:

    ☐ Debtor        ☒ Other (specify)  Debtor through 100% owned company _ United
                                       Laminating & Finishing

3.  The source of compensation to be paid to me is:

    ☒ Debtor        ☐ Other (specify)

4.  ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

BK-203

**DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)**

d.    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.    [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

_____                    _____
          *Date*                                       *Signature of Attorney*
                                              Michael S. Kogan

                                              Ervin, Cohen & Jessup LLP
                                              _____
                                                       *Name of law firm*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Michael S. Kogan<br>Ervin, Cohen & Jessup LLP<br>9401 Wilshire Blvd., 9th Floor<br>Beverly Hills, CA 90212<br><br>310.273.6333<br>310.859.2325<br>128500<br>Attorney for | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re: PATRICK W. MOLLER | CHAPTER 11<br><br>CASE NUMBER |
| Debtor. | (No Hearing Required) |

## DECLARATION RE: LIMITED SCOPE OF APPEARANCE
## PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1

TO THE COURT, THE DEBTOR, THE TRUSTEE (if any), AND THE UNITED STATES TRUSTEE:

1.   I am the attorney for the Debtor in the above-captioned bankruptcy case.

2.   On *(specify date)* N/A_____ , I agreed with the Debtor that for a fee of $ _____ , I
     would provide only the following services:

     a.   ☐   Prepare and file the Petition and Schedules

     b.   ☐   Represent the Debtor at the 341(a) Hearing

     c.   ☐   Represent the Debtor in any relief from stay actions

     d.   ☐   Represent the Debtor in any proceeding involving an objection to Debtor's discharge pursuant to
            11 U.S.C. § 727

     e.   ☐   Represent the Debtor in any proceeding to determine whether a specific debt is nondischargeable under
            11 U.S.C. § 523

     f.   ☐   Other *(specify)*:

3.   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct
     and that this declaration was executed on the following date at the city set forth in the upper left-hand corner of this page.

Dated:

I HEREBY APPROVE THE ABOVE:

Ervin, Cohen & Jessup LLP_____
*Law Firm Name*

By: _____

Name: Michael S. Kogan_____
*Attorney for Debtor*

_____
*Signature of Debtor*
Patrick W. Moller

Declaration Re: Limited Scope of Appearance - *Page 2*          **F 2090-1.1**

| In re PATRICK W. MOLLER | CHAPTER ___11____ |
|---|---|
| Debtor. | CASE NUMBER |

# PROOF OF SERVICE

STATE OF CALIFORNIA
COUNTY OF _____

I am employed in the County of _____ , State of California.  I am over the age of 18 and not a party to the within action.  My business address is as follows:


On _____ , I served the foregoing document described as: DECLARATION RE: LIMITED SCOPE OF APPEARANCE PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1 on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at   _____ , California, addressed as set forth below.

 

☐  Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:

_____          _____
*Type Name*                                          *Signature*

| Form B22B (Chapter 11) - (10/05) | 2005 USBC, Central District of California |
|---|---|

| In re PATRICK W. MOLLER | Case No.: |
|---|---|
| Debtor. | (If known) |

## STATEMENT OF CURRENT MONTHLY INCOME
### FOR USE IN CHAPTER 11

In addition to Schedules I and J, this statement must be completed by every individual Chapter 11 debtor, whether or not filing jointly. Joint debtors may complete one statement only.

| | Part I. CALCULATION OF CURRENT MONTHLY INCOME | | Column A Debtor's Income | Column B Spouse's Income |
|---|---|---|---|---|
| 1. | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. [ ] Unmarried. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>b. [X] Married, not filing jointly. **Complete only Column A ("Debtor's Income") for Lines 2-10.**<br>c. [ ] Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 2-10.** | | | |
| | All figures must reflect average monthly income for the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If you received different amounts of income during these six months, you must total the amounts received during the six months, divide this total by six, and enter the result on the appropriate line. | | | |
| 2. | **Gross wages, salary, tips, bonuses, overtime, commissions.** | | $ 8,000 | $ |
| 3. | Net income from the operation of a business, profession, or farm. Subtract Line b from Line a and enter the difference on Line 3. Do not enter a number less than zero | | | |
| | a | Gross receipts | $ | |
| | b | Ordinary and necessary business expenses | $ | |
| | c | Business income | Subtract Line b from Line a | $ | $ |
| 4. | Net rental and other real property income. Subtract Line b from Line a and enter the difference on Line 4. Do not enter a number less than zero. | | | |
| | a | Gross receipts | $ | |
| | b | Ordinary and necessary operating expenses | $ | |
| | c | Rental income | Subtract Line b from Line a | $ | $ |
| 5. | **Interest, dividends, and royalties.** | | $ | $ |
| 6. | **Pension and retirement income.** | | $ | $ |
| 7 | **Regular contributions to the household expenses of the debtor or the debtor's dependents,** including child or spousal support. Do not include contributions from the debtor's spouse if Column B is completed. | | $ 6,400 | $ |
| 8. | **Unemployment compensation.** Enter the amount in Column A and, if applicable, Column B. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below: | | | |
| | Unemployment compensation claimed to be a benefit under the Social Security Act | Debtor $ _____ | Spouse $ _____ | $ | $ |
| 9. | **Income from all other sources.** If necessary, list additional sources on a separate page. Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. Specify source and amount. | | | |
| | a | | $ | | |
| | b | | $ | | |
| | Total and enter on line 9 | | | $ | $ |

**Form B22B  (Chapter 11) - (10/05)**        **2005 USBC, Central District of California**

| | | | |
|---|---|---|---|
| 10. | **Subtotal of current monthly income.** Add Lines 2 thru 9 in Column A, and, if Column B is completed, add Lines 2 through 9 in Column B. Enter the total(s). | $ 8,000 | $ |
| 11. | **Total current monthly income.** If Column B has been completed, add Line 10, Column A to Line 10, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 10, Column A. | $ 8,000 | $ |

### Part II: VERIFICATION

12. I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*

Date: 4/14/06     Signature: _Patrick W. Moller_
(Debtor)

Date: _____     Signature: _____
(Joint Debtor, if any)

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

In re:                                          (Chapter 11)

PATRICK W. MOLLER,                              Case No. ___-_____

                    Debtor.

## LIST OF CREDITORS HOLDING
## THE TWENTY LARGEST UNSECURED CLAIMS

### In re Patrick W. Moller

Following is a list of the Debtors' creditors holding the 20 largest unsecured claims. The list has been prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this Chapter 11 case. The list does not include (1) persons who come within the definition of an "insider" set forth in 11 U.S.C. § 101, (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| # | Name and Address of Creditor | Contact and Telephone Number | Nature Of Claim | Contingent Unliquidated, disputed or subject to set-off | Appropriate Amount of Claim |
|---|---|---|---|---|---|
| 1. | INTERNAL REVENUE SERVICE | INSOLVENCY I STOP 5022<br>300 NORTH LOS ANGELES STREET, ROOM 4062<br>LOS ANGELES, CA 90012<br>J. SHELBY<br>ID# 95-08978<br>818-765-4575 X1409 | Tax Claim | | 41,641.84 |
| 2. | FRANCHISE TAX BOARD | ATTENTION: BANKRUPTCY<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952<br>800-272-9829 | Tax Claim | | 408.62 |

| # | Name and Address of Creditor | Contact and Telephone Number | Nature Of Claim | Contingent Unliquidated, disputed or subject to set-off | Appropriate Amount of Claim |
|---|---|---|---|---|---|
| 3. | AMERICAN EXPRESS | P.O. BOX 297804<br>FT. LAUDERDALE, FL 33329-7804<br>800-327-2177 | | | 12496.53 |
| 4. | MBNA | P.O. BOX 15026<br>WILMINGTON, DE 19850-5026<br>800-789-6685 | | | 7406.05 |
| 5. | DIRECT MERCHANTS BANK | P.O. BOX 21550<br>TULSA, OK 74121-1550<br>800-379-7999 | | | 3841.25 |
| 6. | ROBINSONS-MAY | P.O. BOX 8015<br>LORAIN, OH 44055-8015<br>440-233-2100 | | | 400.00 |
| 7. | VICTORIA'S SECRET | P.O. BOX 496 949<br>COLUMBUS, OH 43215<br>800-887-4930 | | | 200.00 |
| 8. | CHASE | P.O. BOX 15298<br>WILMINGTON, DE 19850<br>800-945-2000 | | | 12,756.00 |
| 9. | COMMERCIAL GROUP | C/O CAROL. HAMILTON<br>317 S. BRAND BLVD.<br>GLENDALE, CA 91204 | | | 4,545.01 |
| 10. | GE CAPITAL | SMALL BUSINESS FINANCE<br>C/O MARSHALL GOLDBERG<br>21700 OXNARD STREET, STE 430<br>WOODLAND HILLS, CA 91367<br>818-888-2220 | | | For Information |
| 11. | GE CAPITAL SMALL BUSINESS FINANCE | 635 MARYVILLE CENTER DR.<br>STE 120<br>ST. LOUIS, MO 63141 | | | 1,090,450.00 |
| 12. | UNITED FILM LAMINATING | C/O LEO HEYDORFF<br>740 SO. ORANGEGROVE BLVD.<br>UNIT I<br>PASADENA, CA 91105<br>626-799-2728 | | | 191,500.00 |
| 13. | RONALD P. SLATES | 523 W. 6TH<br>LOS ANGELES, CA 90014<br>213-624-1515 | | | 20,000.00 |

| # | Name and Address of Creditor | Contact and Telephone Number | Nature Of Claim | Contingent Unliquidated, disputed or subject to set-off | Appropriate Amount of Claim |
|---|---|---|---|---|---|
| 14. | J. STEVEN BINGMAN | 2300 PELLISSIER PLACE CITY OF INDUSTRY, CA 90601 562-908-7600 | | | 10,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

I, the undersigned named as the Debtor in this case, declare under penalty of

perjury that I have reviewed the list of Creditors Holding the 20 Largest Unsecured Claims,

consisting of ___ sheets, and that it is true and correct to the best of my knowledge, information

and belief.

Dated: April 27, 2006

_____
Patrick W. Moller

Verification of Creditor Mailing List - (Rev. 12/03)                                2003 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name     Michael S. Kogan
         Ervin, Cohen & Jessup LLP

Address  9401 Wilshire Blvd., 9th Floor
         Beverly Hills, CA 90212

Telephone   310.273.6333

☐ Attorney for Debtor(s)

☐ Debtor in Pro Per

---

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| List all names including trade names used by Debtor(s) within last 6 years: | Case No.: |
|---|---|
| Patrick W. Moller | Chapter:  11 |

---

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of _____ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date: ___4/14/06___

_____
Debtor
Patrick W. Moller

_____
Attorney (if applicable)
Michael S. Kogan
Ervin, Cohen & Jessup LLP

_____
Joint Debtor

BK-105

Patrick W. Moller
23822 Valley Oak Court
Newhall, CA 91321

Office of the United States Trustee
Ernest & Young Plaza
725 S. Figueroa Street, 26th Floor
Los Angeles, CA 90017

Michael S. Kogan
Ervin, Cohen & Jessup LLP
9401 Wilshire Blvd., 9th Floor
Beverly Hills, CA 90212

Employment Development Dept.
Bankruptcy Group MIC 92E
P. O. Box 826880
Sacramento, CA  94280-0001

Franchise Tax Board
Attn:  Bankruptcy
P. O. Box 2952
Sacramento, CA  95812-2952

Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., Room 4062
Los Angeles, CA  90012-9903

State Board of Equalization
P. O. Box 942879
Sacramento, CA  94279-7072

Wells Fargo Home Mortgage
3476 Stateview Blvd.
MAC X 7801-03K
Fort Mill, SC 29715

Mary Todhunter
c/o Steven Blunt
131 N. El Molino Ave, Suite 310
Pasadena, CA 91101

American Express
P.O. Box 297804
Ft. Lauderdale, FL 33329-7804

MBNA
P.O. Box 15026
Wilmington, DE 19850-5026

Direct Merchants Bank
P.O. Box 21550
Tulsa, OK 74121-1550

Robinsons-May
P.O. Box 8015
Lorain, OH 44055-8015

Victoria's Secret
P.O. Box 496949
Columbus, OH 43215

Chase
P.O. Box 15298
Wilmington, DE 19850

Commercial Group
c/o Carol Hamilton
317 S. Brand Blvd.,
Glendale, CA 91204

GE Capital
Small Business Finance
c/o Marshall Goldberg
21700 Oxnarad Street, Ste 430
Woodland Hills, CA 91367

GE Capital Small Business Finance
635 Maryville Center Dr., Ste 120
St. Louis, MO 63141

United Film Laminating
c/o Leo Heydorff
740 So. Orangegrove Blvd., Unit 1
Pasadena, CA 91105

Ronald P. Slates
523 W. 6th
Los Angeles, CA 90014

Account No. 03346
J. Steven Bingman
2300 Pellissier Place
City of Industry, CA 90601

Infiniti Financial Services
P.O. Box 660366
Dallas, TX 75266-0366

1    Michael S. Kogan (SBN 128500)
    **ERVIN, COHEN & JESSUP LLP**
2    9401 Wilshire Boulevard, Ninth Floor
    Beverly Hills, California 90212-2974
3    Telephone (310) 273-6333
    Facsimile (310) 859-2325
4
    Attorneys for Patrick W. Moller
5
6
7             **UNITED STATES BANKRUPTCY COURT**
8             **CENTRAL DISTRICT OF CALIFORNIA**
9            **SAN FERNANDO VALLEY DIVISION**
10

| | | |
|---|---|---|
| 11  In re | ) | Case No. SV |
| 12  PATRICK W. MOLLER, | ) | Chapter 11 |
| 13        Debtor. | ) | **STATEMENT REGARDING** |
| 14 | ) | **CERTIFICATE OF COUNSELING** |
| 15 | ) | Date: |
| 16 | ) | Time:    [NO HEARING] |
| 17 | ) | Place: |

18

19         Patrick W. Moller (the "Debtor") hereby states that he has received a Certificate of

20  Counseling by attaching it hereto as Exhibit "A" hereto.

21

22  DATED: April *14*, 2006

23

24

25               PATRICK W. MOLLER

26

27

28

02/06/200 Case 1:06-bk-10629-KT   Doc 1   Filed 04/28/06   Entered 04/28/06 16:17:32   Desc   03
Main Document   Page 56 of 57   +3108592925   T-981   P.003/004   F-424

FEB-06-2008  03:37PM   FROM-ERVIN COHEN JESSUP
02/06/2008   12.07   702/422000

Certificate Number: 02301-CAC-CC-000058284

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 17, 2006

Patrick Moller _____ received from

Credit Counseling Centers of America _____,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Central District of California _____, an individual [or group] briefing (including a

briefing conducted by telephone or on the Internet) that complied with the provisions of 11

U.S.C. §§ 109(h) and 111.  A debt repayment plan |was not prepared_____|. If a debt repayment

plan was prepared, a copy of the debt repayment plan is attached to this certificate.

Date: February 6, 2006 _____    By    /s/Glenn P Amann _____

                                        Name  Glenn P Amann _____

                                        Title  Operations Manager _____

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

02/06/200 Case:1:06-bk-10529-KT    Doc 1    Filed 04/28/06    Entered 04/28/06 16:17:32    Desc
                              Main Document        Page 57 of 57        +3108592325        T-881  P.004/004  F-424

FEB-06-2006  03:38PM  FROM-ERVIN COHEN ...SUP



# *Credit Counseling Centers of America*

## *Pre-Filing Bankruptcy Client Disclosure*

We understand that you are here because you are experiencing financial problems, and that you may be considering filing for bankruptcy and are required to receive "counseling" before you may file.

Our role is not to be judgmental, but to provide assistance. Specifically, we will do a free budget analysis that will examine your financial situation, discuss the factors that may be the cause of your problems, and explore your options for developing a reasonable plan for dealing with them. It is our view that the purpose of a counseling session is to provide you with information. We will not give legal advice or recommend one option over another. That is for you and your attorney to decide.

Credit Counseling Centers of America (CCC/America) is a member of the Association of Independent Consumer Credit Counseling Agencies ("AICCCA") and the National Foundation for Credit Counseling ("NFCC") The AICCCA and the NFCC has high standards for quality credit counseling and financial education, and CCC/America complies with those standards. We are also accredited by the Council on Accreditation ("COA"), an independent third-party organization that reviews and monitors entities that provide social services. We are a non-profit agency organized and operate in accordance with Section 501(c)(3) of the Internal Revenue Code.

The consumer credit counselor and the supervisor of your session have been trained and certified in accordance with NFCC standards, and while he/she has expertise in helping those with financial problems, he/she cannot provide you with legal advice. In fact, this session is designed to provide you with information and alternatives; it is not intended to take the place of a consultation with an attorney to explore your legal rights and options.

In order to assist you, it is essential that you provide us with information that is as accurate and complete as possible. Rest assured that the information concerning your financial condition and status that you provide during this session is strictly confidential. Such information would include, but is not limited to, income, debts, credit accounts, earnings, assets, and employment data. We will not disclose any such information that you provide orally or in writing to anyone, except as authorized by you in writing or as required by law, such as in response to a subpoena. We may compile data and aggregate information that you give us, but this information will not be disclosed in any manner that would personally identify you. CCC/America will not disclose or provide any information about this session to a credit-reporting agency.

All bankruptcy counseling is provided free to all consumers. If you wish to purchase a counseling certificate, you or your attorney may do so for a fee not to exceed $50.00. The certificate is valid for 180 days after it is issued.

CCC/America receives funding in the form of grants and contributions. A significant portion of funding comes from voluntary contributions of the creditors who participate in DMPs. Since creditors have a financial interest in having debts repaid, most are willing to make a contribution to help fund the overall services of our agency. These contributions are usually calculated as a percentage of payments that are made through a DMP. Should you decide to enter into a DMP with our agency, you will receive specific information on how the plan works and how our agency is funded.

I have read and understand the disclosures made above.

Signature: _____

Printed Name: _Patrick W. Moller_____    Date: _02-06-06._

Rev.10/21/05