1  Michael S. Kogan (SBN 128500)
   **ERVIN, COHEN & JESSUP LLP**
2  9401 Wilshire Boulevard, Ninth Floor
   Beverly Hills, California 90212-2974
3  Telephone  (310) 273-6333
   Facsimile  (310) 859-2325
4
   Attorneys for Debtor

FILED
MAY - 8 2006
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re | Case No. SV 06-10619-KT |
| PATRICK W. MOLLER, | Chapter 11 |
| Debtor. | **NOTICE OF FILING OF EMPLOYEE INCOME RECORD** |
| | Date:   [NO HEARING REQUIRED] |
| | Time: |
| | Place:  Courtroom 301 |

Patrick W. Moller (the "Debtor") (Case No. SV 06-10619-KT), hereby files evidence of his employee income prior to bankruptcy. Such record is evidence of an electronic transfer to his account from United Finishing & Laminating, Inc.

DATED: May 6, 2006                    ERVIN, COHEN & JESSUP LLP
                                       Michael S. Kogan

                                       By: _____
                                           MICHAEL S. KOGAN
                                           Attorneys for Debtor

Ervin, Cohen
& Jessup LLP

IDOCS:12502.1:534309.1

## United Finishing & Laminating

4/19/2006 9:44 AM

Register: Corporate Checking
From 02/01/2006 through 04/19/2006
Sorted by: Date and Order Entered

| Date | Number | Payee | Account | Memo | Payment | C | Deposit |
|---|---|---|---|---|---|---|---|
| 02/01/2006 | Stopped | ED 1125, LLC | Accounts Payable | | | | |
| 02/01/2006 | 16697 | Hernandez, Raul | Contract Labor | 01/16-29/06 | 652.00 | | |
| 02/01/2006 | 16698 | Lopez, Juana | Contract Labor | 01/16-29-06 | 168.75 | | |
| 02/01/2006 | 16699 | Alfaro, Grimilda | Contract Labor | 01/16-29/06 | 168.75 | | |
| 02/01/2006 | 16700 | Sanabria, Jesus | Contract Labor | 01/16-29/06 | 209.25 | | |
| 02/01/2006 | 16701 | George Buzzetti | Contract Labor | 01/16-29-06 | 288.00 | | |
| 02/01/2006 | 16702 | Mundo, Gabriel | Automobile Expense:... | | 35.00 | | |
| 02/01/2006 | 16703 | Moller, John | Cost of Goods Sold:Film | Trans. invoice ... | 245.00 | | |
| 02/01/2006 | 16704 | Southern California ... | Accounts Payable | | 226.86 | | |
| 02/01/2006 | transfer | Transilwrap Compan... | Accounts Payable | | 2,200.00 | | |
| 02/02/2006 | | | Undeposited Funds | Deposit | | | 1,312.40 |
| 02/02/2006 | 16694 | Promac | Accounts Payable | | 75.00 | | |
| 02/02/2006 | 16695 | McLogan Supply Co.... | Accounts Payable | | 203.95 | | |
| 02/03/2006 | | | -split- | Deposit | | | 935.15 |
| 02/04/2006 | Transfer | Patrick Moller | Loan From Shareholder | | 9,000.00 | | |
| 02/04/2006 | transfer | Clear Control | Accounts Payable | | 971.04 | | |
| 02/07/2006 | 16705 | K C Photoengraving | Accounts Payable | | 88.00 | | |
| 02/09/2006 | | | -split- | Deposit | | | 2,150.00 |
| 02/09/2006 | | | Undeposited Funds | Deposit | | | 7,100.00 |
| 02/09/2006 | transfer | Transilwrap Compan... | Accounts Payable | | 3,000.00 | | |
| 02/10/2006 | 16706 | Sun Chemical | Accounts Payable | | 950.00 | | |
| 02/10/2006 | 16707 | T.W. Graphics | Accounts Payable | | 438.33 | | |
| 02/11/2006 | 16708 | Rocky's Pizza | Accounts Payable | | 45.00 | | |
| 02/11/2006 | | | Payroll | Funds Transfer | 300.00 | | |
| 02/11/2006 | 16717 | ED 1125, LLC | Accounts Payable | | 5,000.00 | | |
| 02/11/2006 | 16718 | ED 1125, LLC | Accounts Payable | | 3,330.00 | | |
| 02/11/2006 | 16719 | Cingular Wireless | Accounts Payable | Account # | 118.02 | | |
| 02/11/2006 | 16720 | Advantage Distributi... | Accounts Payable | | 6,184.50 | | |
| 02/11/2006 | | | -split- | Deposit | | | 2,042.10 |
| 02/15/2006 | 16721 | Moller, John | Contract Labor | | 300.00 | | |
| 02/16/2006 | void | Los Angeles Dept. of... | Accounts Payable | | | | |
| 02/16/2006 | void | Los Angeles Dept. of... | Accounts Payable | | | | |
| 02/16/2006 | 16722 | Los Angeles Dept. of... | Accounts Payable | DWP. | 4,391.48 | | |
| 02/16/2006 | | | -split- | Deposit | | | 4,472.53 |
| 02/16/2006 | 16723 | Jimmy Lift | Accounts Payable | | 101.35 | | |
| 02/16/2006 | 16724 | Bill Dell Internet | Repairs:Computer Rep... | | 75.00 | | |
| 02/16/2006 | 16725 | John Manning | Contract Labor | | 700.00 | | |
| 02/16/2006 | 16726 | Sanabria, Jesus | Contract Labor | 01/30-2/12/06 | 850.50 | | |
| 02/16/2006 | 16727 | Hernandez, Raul | Contract Labor | 01/30-02/12/06 | 1,196.00 | | |
| 02/16/2006 | 16728 | Moller, John | Contract Labor | | 600.00 | | |

Page 1